UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MOHAMMAD ASHRAF** | : | |
| **MOHAMMAD OMAR,** | : | |
| Petitioner | : | |
| | : | No. 1:17-CV-00910 |
| v. | : | |
| | : | (Judge Kane) |
| **UNITED STATES OF AMERICA,** | : | |
| Respondent | : | |

## **ORDER**

**AND NOW**, this 30th day of June 2017, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner Mohammad Ashraf Mohammad Omar's petition for writ of habeas corpus submitted pursuant to 28 U.S.C. § 2241 (Doc. No. 1), is **DISMISSED**; and

2. The Clerk of Court is directed to **CLOSE** this case.

<u>s/Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania